# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | Criminal No. JFM-13-0606 |
| v. | * | Civil No. – JFM-15-2089 |
| | * | |
| MICHAEL DARNELL BOSWELL | * | |
| | ****** | |

## MEMORANDUM

Defendant has brought this action under 28 U.S.C. §2255. The motion will be denied.

Defendant entered into a plea agreement pursuant to Fed. R. Crim. P. 11(c)(1)(C) in which he agreed to a sentence of 46 months imprisonment and 3 years of supervised release. The court imposed this sentence. Defendant now claims that his counsel was ineffective in persuading him to enter into the plea.

The motion is clearly without merit. The sentence was, as this court indicated at sentencing, entirely reasonable and appropriate under 18 U.S.C. §3553. Defendant's counsel was not in any way ineffective in persuading defendant to enter into the plea and the agreed upon sentence.

A separate order denying defendant's motion is being entered herewith.

Date: 10/26/15

J. Frederick Motz
United States District Judge